IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK WEST, JR.,

    Plaintiff,                    No. 2:12-cv-1612 KJN P

    vs.

NOAH DIZON,                         ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff's complaint was filed with the court on June 15, 2012. The court's own records reveal that on May 14, 2012, plaintiff filed a complaint containing virtually identical allegations against the same defendants. (No. Civ. S-12-1293 DAD P ).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

        IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  These findings and recommendations are submitted to the District Judge assigned
2  to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being
3  served with these findings and recommendations, plaintiff may file written objections with the
4  court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Any response to the objections shall be filed and served within fourteen
6  days after service of the objections.  Plaintiff is advised that failure to file objections within the
7  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
8  F.2d 1153 (9th Cir. 1991).
9  DATED: June 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

west1612.23